UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLYNNDEAVIN FOX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROGERS COUCH,<br><br>　　　　　Defendant. | CASE NO. 2:23-cv-1980-JNW<br><br>DISMISSAL ORDER |

The Court raises this matter on its own accord.

Plaintiff Glynndeavin Fox initiated this action on December 14, 2023, by filing a complaint. Dkt. No. 1. On December 22, 2023, the Clerk of Court notified Fox of deficiencies in their filing, including failure to pay the filing fee, or apply for in forma pauperis (IFP) status, and filing illegible pages. Dkt. No. 2. The Clerk notified Fox that these deficiencies must be corrected by January 22, 2024, and expressly warned that failure to do so could result in dismissal of their case. As of this date, Fox has not rectified any deficiency.

"A party must pay the Civil Filing Fee when it files . . . any civil action except for proceedings in forma pauperis under LCR 3(c) or as otherwise exempted by law."

DISMISSAL ORDER - 1

1  LCR 3(b); *see also* 28 U.S.C. § 1914(a). An action may proceed without the

2  immediate payment of a filing fee only for parties proceeding IFP. *See* 28 U.S.C.

3  § 1915. Absent IFP status, however, failure to pay the filing fee results in dismissal

4  without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995).

5      Fox's continued failure to either pay the filing fee or apply for IFP status

6  precludes their case from moving forward. The Court therefore DISMISSES this

7  action without prejudice. The Court directs the Clerk to close this case.

9      Dated this 21st day of April, 2025.

Jamal N. Whitehead
United States District Judge

DISMISSAL ORDER - 2